


## ASSUMPTION OF CLOSED END VEHICLE LEASE AGREEMENT

On 02-17-04, the below signed debtor(s) entered into a Closed End Vehicle Lease Agreement with Credit Union Financial Group, Inc., for the leasing of a 2004 Honda Civic 2HGES16334H539450. The undersigned has/have filed bankruptcy proceedings in the United States Bankruptcy Court for the Western District of Michigan, Case No. 08-02899.

The undersigned hereby assume(s) the Closed End Vehicle Lease Agreement, notwithstanding the filing of bankruptcy proceedings, and agree(s) to perform all of the terms of the Closed End Vehicle Lease Agreement.

The undersigned will provide for such assumption in the bankruptcy schedules filed in the above-referenced proceeding.

Dated: 6/15/08                              Anthony Allan Thompson

Dated: _____                         _____

(AIS legal 24073)

24073

616.242.9790 • Fax: 616.242.6476    P.O. Box 2848                    www.lmcu.org
                                    Grand Rapids, MI 49501-2848